GEOFFREY A. HANSEN
Acting Federal Public Defender
Manuel U. Araujo
Assistant Federal Public Defender
160 West Santa Clara Street
Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant SIMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00410-LHK (PSG) |
| Plaintiff, | UNOPPOSED MOTION TO MODIFY MICHAEL SIMS' CONDITIONS OF BOND PERMITTING HIM TRAVEL TO 2080 BENTON WAY, SANTA CLARA, CALIFORNIA, AND [PROPOSED] ORDER |
| vs. | |
| MICHAEL SIMS, | |
| Defendant. | **HON. PAUL S. GREWAL** |

**STIPULATION**

The defendant through his counsel makes an unopposed motion for a modification of the Order Setting the Conditions of Release issued by the Court on May 24, 2012, permitting Michael Sims to travel from his home at 688 Eagle Ridge Road, Gilroy California to 2080 Benton Court, Santa Clara, California, for the purpose of visiting Mr. Nemo Cardinelli who is suffering from terminal cancer. The date, time, and duration of such visit(s) are subject to the prior approval of Pretrial Services. All other conditions of the bond are to remain in effect. Defense counsel has previously conferred with Assistant United States Attorney Joseph Fazioli and as reflected by his signature he does not oppose the modification. The defendant's counsel has also conferred with Pretrial Services Officer Jaime Carranza and he does not object to the

Modification of the bond condition as outlined above.

Dated: June 13, 2012          GEOFFREY A. HANSEN
Acting Federal Public Defender

_____/s/_____
MANUEL U. ARAUJO
Assistant Federal Public Defender

Dated: June 13, 2012

_____/s/_____
JOSEPH FAZIOLI
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on May 24, 2012, shall be modified to permit Michael Sims to travel from his home at 688 Eagle Ridge Road, Gilroy California to 2080 Benton Court, Santa Clara, California, for the purpose of visiting a Mr. Nemo Cardinelli who is suffering from terminal cancer. The date, time and duration of such visit(s) to be subject to the prior approval of Pretrial Services.

All other conditions of release ordered on May 24, 2012, remain in full force and effect.

Dated: June _____, 2012

_____
HON. PAUL S. GREWAL,
United States Magistrate Judge

Unopposed Motion to Modify Conditions of Bond     2