1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | JOSEPH FAZIOLI (CABN 275564)
Assistant United States Attorney

5
    150 Almaden Boulevard, Suite 900

6 |     San Jose, California 95113
    Telephone: (408) 535-5595

7 |     Facsimile: (408) 535-5066
    joseph.fazioli@usdoj.gov

8
Attorneys for the United States of America

9

10 |                     UNITED STATES DISTRICT COURT

11 |                     NORTHERN DISTRICT OF CALIFORNIA

12 |                               SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. C 09-01405-RMW |
| ) | Criminal No. CR 12-00410 LHK |
| Plaintiff, ) | |
| ) | |
| ) | UNITED STATES' NOTICE OF |
| v.    ) | RELATED CASE AND [] |
| ) | ORDER |
| ) | |
| MELVIN RUSSELL "RUSTY" SHIELDS, ) | |
| MICHAEL SIMS, and ) | |
| SAM STAFFORD, ) | |
| ) | |
| Defendants. ) | |
| ) | |

      Pursuant to Northern District Criminal Local Rule 8-1, the United States hereby files its Notice of Related Case as to (1) *Mark Shepherd and Delia Shepherd v. S3 Partners, LLC et al*, Civil Case No. C 09-01405 RMW; and (2) *United States v. Shields, Sims and Stafford*, Criminal Case No. CR 12-00410 LHK. The Shepherds' civil action was filed against S3 Partners, LLC and (among others entities) defendants Shields, Sims and Stafford in their individual capacity. The civil action against defendants Shields, Sims and Stafford related to defendants' alleged securities fraud with respect to soliciting investment in S3 Partners real estate development

NOTICE OF RELATED CASE AND [] ORDER
C 09-01405 RMW & CR 12-00410 LHK

projects from the Shepherds, who were individual investors residing in the Northern District of California. Likewise, the United States' criminal action against defendants Shields, Sims and Stafford relates to, among other allegations, their alleged securities fraud with respect to soliciting investment in S3 Partners real estate development projects from various individual investors (including the Shepherds) residing in the Northern District of California. The factual basis for the civil action against S3 Partners, Shields, Sims and Stafford is substantially identical to some of the wire and securities fraud counts in the criminal indictment.

In addition, given that the civil action before the Honorable Ronald M. Whyte resulted in extensive motion practice culminating in the issuance of a Default Judgment and involved more than 120 docket entries, it would likely entail a substantial duplication of labor if the criminal case is not related.

DATED: May 29, 2012                                          Respectfully submitted,

                                                             MELINDA HAAG
                                                             United States Attorney


                                                             _____/s/_____
                                                             JOSEPH FAZIOLI
                                                             Assistant United States Attorney

~~[PROPOSED]~~ **ORDER**

Pursuant to Northern District Criminal Local Rule 8-1, the criminal case CR 12-00410 LHK is hereby ordered related to C 09-01405 RMW, and is reassigned from the Honorable Lucy H. Koh to the Honorable Ronald M. Whyte.

DATED: _____, 2012

                                                             _Ronald M. Whyte_
                                                             _____
                                                             THE HON. RONALD M. WHYTE
                                                             United States District Judge

NOTICE OF RELATED CASE AND [] ORDER
C 09-01405 RMW & CR 12-00410 LHK          2