# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Judge Ronald M. Whyte, Presiding**
Courtroom 6 - 5th Floor

## Criminal Minute Order

Date:   August 15, 2013                                    Time in Court: 3 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Fisher

---

**TITLE: UNITED STATES OF AMERICA v.** Michael Sims
**CASE NUMBER**: 5:12-cr-00410-RMW-2
Assistant U.S. Attorney present: Joseph Fazioli and Timothy Lucey
Defendant Attorney present: Vicki Young and Frank Ubhaus

---

**PROCEEDINGS: Substitution of Counsel**


Defendant present out of custody.  Counsel submit a written Notice of Substitution of Counsel.

Court approves the substitution.  Vicki Young is relieved and Frank Ubhaus is appointed.

All prior dates are to remain as set.