| | |
|---|---|
| 1  VICKI H. YOUNG | **FILED** |
| 2  Law Offices of Vicki H. Young<br>706 Cowper Street, Suite 205 | AUG 15 2013 |
| 3  Palo Alto, California 94301<br>Telephone (415) 421-4347 | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |
| 4  Attorney for Defendant MICHAEL SIMS | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

MICHAEL SIMS,
      Defendant.

No. CR 12-00410 RMW

NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER

NOTICE IS HEREBY GIVEN that MICHAEL SIMS hereby substitutes attorney Frank Ubhaus as his new attorney and moves this Court to relieve his appointed attorney Vicki H. Young from further representation.

It is so agreed.
Dated: 8/15/13

_____
MICHAEL SIMS

It is so agreed:
Dated: 8/15/13

_____
FRANK UBHAUS, ESQ.

It is so agreed:
Dated: 8/15/13

_____
VICKI H. YOUNG, ESQ.